UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:      Bankr. Case No. 24-12679-PMM

Michele Ann Bartchak      Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing LTD d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankr. Case No. 24-12679-PMM

Michele Ann Bartchak                                                                    Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 26, 2024 :

| | |
|---|---|
| DAVID W. TIDD<br>David W. Tidd, Esquire<br>200 Spring Ridge Drive<br>Suite 100<br>Wyomissing, PA 19610 | Robert W. Seitzer<br>1900 Spruce Street<br>Philadelphia, PA 19103 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx38070 / 1097764