Certificate Number: 14912-PAE-DE-038835155

Bankruptcy Case Number: 24-12679



14912-PAE-DE-038835155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2024, at 7:08 o'clock PM EDT, Michele Bartchak completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 4, 2024           By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor